JEANE HAMILTON (CSBN 157834)
ALBERT B. SAMBAT (CSBN 236472)
DAVID J. WARD (CSBN 239504)
CHRISTINA M. WHEELER (CSBN 203395)
MANISH KUMAR (CSBN 269493)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
david.ward@usdoj.gov
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 11-00430 PJH |
| v. | **NOTICE OF DISMISSAL** |
| WILLIAM FREEBORN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Department of Justice, Antitrust Division, dismisses the Information filed on June 30, 2011 in this matter.

//

//

//

//

//

NOTICE OF DISMISSAL – FREEBORN – 1

DATED: January 3, 2012                    Respectfully submitted,

_____/s/_____
David J. Ward
Jeane Hamilton
Albert B. Sambat
Christina M. Wheeler
Manish Kumar
Trial Attorneys, U.S. Department of Justice

Leave is GRANTED to the government to dismiss this Information.

DATED: January ___, 2012            _____
THE HONORABLE PHYLLIS J. HAMILTON
U.S. District Court Judge

NOTICE OF DISMISSAL – FREEBORN – 2